UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARCELINO AGUILAR REYES,

                Petitioner,

v.

KEVIN RAYCRAFT et al.,

                Respondents.

_____/

Case No. 1:25-cv-1416

Hon. Hala Y. Jarbou

**<u>ORDER TO SHOW CAUSE</u>**

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement (ICE) at the North Lake Processing Center in Baldwin, Lake County, Michigan. Petitioner challenges the lawfulness of his current detention.

Petitioner names as Respondents Acting Director of Enforcement and Removal Operations for the Detroit Field Office of ICE Kevin Raycraft, United States Secretary of Homeland Security Kristi Noem, United States Attorney Pamela Bondi, The GEO Group, Inc., and Warden of North Lake Processing Center Unknown Party. Petitioner asks the Court for the following relief: to accept jurisdiction over this action; to issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ordering Respondents to promptly schedule a bond hearing for Petitioner's removal proceedings or to release Petitioner; and to award attorneys' fees and costs for this action. (Petition, ECF No. 1, PageID.14.)

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1.  On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

2.  Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

3.  In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

4.  The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.


Dated: November 13, 2025                    /s/ Hala Y. Jarbou
                                            HALA Y. JARBOU
                                            CHIEF UNITED STATES DISTRICT JUDGE